JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MURGUIA, | Case No. LA CV 17-02724 VBF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DANIEL PARAMO, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

Dated: December 18, 2017

_____
HON. VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE